UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ALBERT E. MARTINEZ,                :

      Plaintiff       :   CIV. ACTION NO. 1:20-CV-1759

      v.              :        (JUDGE MANNION)

JASON BERFIELD, *et al.*,          :

      Defendants      :

### O R D E R

In accordance with the memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' request for judgment on the basis of failure to exhaust administrative remedies is **DENIED**.

2. Jury selection is scheduled for **Tuesday, March 3, 2026 at 9:30 a.m.** in Courtroom #3 of the William J. Nealon Federal Building and U.S. Courthouse, 235 North Washington Avenue, Scranton, PA. Trial will commence immediately following the completion of jury selection. Counsel are attached for trial.

3. All motions in limine shall be filed no later than **February 6, 2026**.

4. A final pretrial conference is scheduled for **Thursday, February 12, 2026 at 1:30 p.m.** in Courtroom #3 of the William J. Nealon Federal Building and U.S. Courthouse, 235 North Washington Avenue, Scranton, PA.

*s/ Malachy E. Mannion*
**Malachy E. Mannion**
**United States District Judge**

Dated:   November 26, 2025
20-1759-01-order