**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ALBERT E. MARTINEZ,** | : | |
| **Plaintiff** | : | **CIV. ACTION NO. 1:20-CV-1759** |
| **v.** | : | **(JUDGE MANNION)** |
| **JASON BERFIELD, *et al.*,** | : | |
| **Defendants** | : | |

**O R D E R**

In accordance with the memorandum issued this date, **IT IS HEREBY**

**ORDERED THAT**:

1.  Defendants' first motion in limine (Doc. 147) is **GRANTED IN PART AND DENIED IN PART**. The motion is granted to the extent it seeks to preclude plaintiff from offering testimony at trial that any formal medical diagnoses were caused by defendants' actions in a manner that would require expert testimony. The motion is denied to the extent it seeks to preclude lay opinion testimony on causation as permitted by Federal Rule of Evidence 701.

2.  Defendants' second motion in limine (Doc. 149) is **DENIED WITHOUT PREJUDICE**.

*s/ Malachy E. Mannion*
**Malachy E. Mannion
United States District Judge**

**Dated: July 6, 2026**
20-1759-02-order